

**NUMBER 13-13-00684-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**NELSON GARCIA DELGADO,**                  **Appellant,**

**v.**

**THE STATE OF TEXAS,**                  **Appellee.**

---

**On appeal from the 332nd District Court
of Hidalgo County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Benavides and Longoria
Memorandum Opinion Per Curiam**

Appellant, Nelson Garcia Delgado, pro se, filed a notice of appeal on November 25, 2013, from the "October 16th [O]rder Denying his Pro Se Motion Seeking the Appointment of Counsel To Present Arguments of An Ineffective Assistance of Trial Counsel Claim In An Article 11.07 Writ of Habeas Corpus Proceeding." On December

11, 2013, appellant filed an additional pleading regarding this attempting notice of appeal. We dismiss the appeal.

On December 17, 2013, the Clerk of this Court notified appellant that it appeared that the order at issue was not appealable. Appellant was advised that the appeal would be dismissed if the defect was not corrected within ten days from the date of receipt of the Court's directive. Appellant did not file a response to the Court's directive.

A defendant's notice of appeal must be filed within thirty days after the trial court enters an appealable order. *See* TEX. R. APP. P. 26.2(a)(1). Generally, a state appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State,* 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Exceptions to the general rule include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State*, 942 S.W.2d 624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, TEX. R. APP. P. 31.1; *McKown*, 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.); *McKown*, 915 S.W.2d at 161.

Our review of the documents before the Court does not reveal any appealable orders entered by the trial court within thirty days before the filing of appellant's notice of appeal. The Court, having examined and fully considered the notice of appeal and pleadings filed by appellant, is of the opinion that there is not an appealable order and this Court lacks jurisdiction over the matters herein. Accordingly, this appeal is

DISMISSED for lack of jurisdiction. All pending motions, if any, are likewise DISMISSED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
20th day of February, 2014.